IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  09-CV-1419 |
| | ) | |
| TROY A. DEUDE and | ) | |
| TROY DEUDE ENTERPRISES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On December 28, 2009, Plaintiff filed its Complaint herein, paid all filing fees in full, and had summons issued for service on Defendants.  The Court file does not reflect that Plaintiff has perfected service on Defendants.  Federal Rule of Civil Procedure 4(m) directs that a Plaintiff must serve a Defendant within 120 days of filing of the Complaint.   On April 28, 2010, the 120 days for service lapsed.  Plaintiff was reminded of the 120-day rule by this Court's Text Order of May 18, 2010 and advised if service was not perfected, the case was subject to dismissal for want of prosecution.  Plaintiff was directed to file a status report with the Court by June 1, 2010.  As of this date, Plaintiff has failed to comply with Rule 4(m)

and failed to file a status report as directed. The Court recommends that Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with an ECF copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

ENTER:   June 3, 2010

    FOR THE COURT:          *s/ Byron G. Cudmore*
                                                _____
                                                     BYRON G. CUDMORE
                                       UNITED STATES MAGISTRATE JUDGE